UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE WILLS and GEORGE WILLS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:12CV01132  AGF |
| GARDEN RIDGE, L.P., | ) ) ) | |
| Defendants. | ) ) | |

**<u>MEMORANDUM AND ORDER</u>**

This slip-and-fall action is before the Court on the motion of Defendant Garden Ridge, L.P., to compel Plaintiff Christine Wills to answer Defendant's Interrogatory No. 12.  (Doc. No. 35.)  Defendant's unopposed motion is granted**,** as discussed below.

Pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure, the parties are entitled to obtain discovery regarding any matter, not privileged, which is "relevant to the subject matter involved in the action."  At the discovery stage of the litigation, the evidence sought need only be relevant, and "need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." *Id.*

Interrogatory 12 asks Plaintiff to identify if she "had any illness, impairment or injuries to the parts of the body injured in the occurrence mentioned in the Petition, either before or after the occurrence, which is the subject of this lawsuit."  (Doc. No. 35 at 1.)  If answered in the affirmative, Interrogatory 12 also asks Plaintiff "to provide Defendant

with additional information regarding the date of the injury, parts of the body involved, nature or type, and the name and address of each healthcare provider who treated or examined Plaintiff." In response, Plaintiff states only "back, went to doctor, will supply medical records." (Doc. No. 35 at 2.) Defendant has attempted to resolve this matter with Plaintiff's counsel, to no avail.

This Interrogatory seeks discoverable information and must be answered in full by Plaintiff. *See* Fed. R. Civ. P. 26(b)(1), 33(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to compel is **GRANTED** in its entirety. (Doc. No. 35.) Plaintiff is directed to produce the materials in question within ten days of the date of this Memorandum and Order, including proper signed medical authorizations to allow Defendant to obtain Plaintiff Christine Wills's medical records for any and all providers where she obtained treatment for her back prior to the subject fall. Failure to comply with this Order may result in the imposition of sanctions, including dismissal of the action.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2013.